UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

     - against -

MARIO MIELES,

     Defendant.

------------------------------------------------------X

13 Cr. 00864-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated January 27, 2014, is approved and accepted.

SO ORDERED.

_____ 3/25/14
Nelson S. Román
United States District Judge

Dated: White Plains, NY
        March 25, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2014